UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOCKET # _____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

APR - 2 2008

FILED
THERESA M. OWENS, CLERK
CASE

Yer Phengduangdeth,

    Plaintiff,

v.

Advance Financial, Inc.,

    Defendant.

Civil File No. 08-cv-00103

ORDER

## ORDER FOR DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: April 2, 2008

_Barbara B. Crabb_
Judge of United States District Court

Copy of this document has been provided to: Atty Dudley via NEF
this \_\_\_ day of \_\_\_, 20\_\_
by _____
M. Hardin, Secretary to
Judge John C. Shabaz